No. 4952.—PUEBLO, apldo., *v.* FLORES, aplte.—C. D. Ponce. ▮▮ Mayo 18, 1933.

Habiendo sido presentado el alegato del apelante en este caso antes de ser vista la moción del fiscal interesando la desestimación de la apelación por falta del expresado alegato, se reconsidera y deja sin efecto nuestra resolución de 24 de abril de 1933 y continúe sus trámites esta apelación.